# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRUIST BANK<br>f/k/a<br>Branch Banking and Trust Company,<br>　　　　　Plaintiff,<br><br>vs.<br><br>PEACHTREE INVESTMENT SOLUTIONS, LLC, JOHN STEPHEN BUSH and DWAYNE P. DAVIS,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  1:21-cv-00969-TWT |

## **DEFAULT  JUDGMENT**

　　　The defendants PEACHTREE INVESTMENT SOLUTIONS, LLC, JOHN STEPHEN BUSH and DWAYNE P. DAVIS, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Thomas W. Thrash, Jr., United States District Judge, by order of June 22, 2021, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

　　　ORDERED AND ADJUDGED, that the plaintiff TRUIST BANK, recover from the defendants PEACHTREE INVESTMENT SOLUTIONS, LLC, JOHN STEPHEN BUSH and DWAYNE P. DAVIS, the amount of $508,778.92, which amount is comprised of $499,000.00 in principal and $9,778.92 in interest, late fees, and attorneys' fees, plus interest at the rate of .75% per annum, from February 20, 2021, until paid.

　　　Dated at Atlanta, Georgia this 23rd day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　 s/ A. Hogan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
June 23, 2021
James N. Hatten Clerk
of Court

By:　s/ A. Hogan
　　　Deputy Clerk